CaseSearch          Circuit Court of Maryland

## Case Information

| | |
|---|---|
| Court System: | Circuit Court For Baltimore County - Civil |
| Location: | Baltimore County Circuit Court |
| Case Number: | C-03-CV-23-001712 |
| Title: | Na'Im Anderson vs. Baltimore County, Maryland, et al. |
| Case Type: | Civil Rights |
| Filing Date: | 04/25/2023 |
| Case Status: | Open |

## Involved Parties Information

### Defendant

| | |
|---|---|
| Name: | Sholter, Chad A. |
| Address: | 700 East Joppa Road |
| City: | Towson    State: MD    Zip Code: 21286 |

### Defendant

| | |
|---|---|
| Name: | Baltimore County, Maryland |
| Address: | s/o: John A. Olszewski, County Executive |
| | 400 Washington Avenue |
| City: | Towson    State: MD    Zip Code: 21204 |

#### Attorney(s) for the Defendant

| | |
|---|---|
| Name: | SHIFF, WENDY L |
| Appearance Date: | 05/31/2023 |
| Address Line 1: | Office of Attorney General |
| Address Line 2: | 200 St. Paul Place |
| Address Line 3: | 20th Floor |
| City: | Baltimore    State: MD    Zip Code: 21202 |

### Defendant

| | |
|---|---|
| Name: | Office of the State's Attorney for Baltimore County |
| Address: | s/o: Scott D. Shellenberger, State's Attorney |
| | County Courts Building |
| City: | Towson    State: MD    Zip Code: 21204 |

### Defendant

| | |
|---|---|
| Name: | State of Maryland |

Address: **80 Calvert Street**
City: **Annapolis**   State: **MD**   Zip Code: **21401**

## Attorney(s) for the Defendant

Name: **SHIFF, WENDY L**
Appearance Date: **05/31/2023**
Address Line 1: **Office of Attorney General**
Address Line 2: **200 St. Paul Place**
Address Line 3: **20th Floor**
City: **Baltimore**   State: **MD**   Zip Code: **21202**

## Defendant

Name: **Wolferman, Nicholas**
Address: **c/o Precinct 3-Franklin**
         **606 Nicodemus Rd.**
City: **Reisterstown**   State: **MD**   Zip Code: **21136**

## Plaintiff

Name: **Anderson, Na'Im**
Address: **2413 Guilford Avenue**
City: **Baltimore**   State: **MD**   Zip Code: **21218**

## Attorney(s) for the Plaintiff

Name: **FRANCIS-WILLIAMS, LATOYA ANDREA**
Appearance Date: **04/25/2023**
Address Line 1: **Law Office of Latoya A. Francis-Williams, Esq**
Address Line 2: **P.O. Box 451**
City: **RANDALLSTOWN**   State: **MD**   Zip Code: **21133**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| Hearing - Motion | 08/14/2023 | 09:00:00 | | CC03 - Judge Calendar | Assignment - Civil Motions | |

## Document Information

File Date: **04/25/2023**
Filed By:
Document Name: **Complaint / Petition**
Comment: **Complaint for Damages**

File Date: **04/25/2023**
Filed By:
Document Name: **Demand / Request for Jury Trial**
Comment:

| | |
|---|---|
| File Date: | 04/25/2023 |
| Filed By: | |
| Document Name: | **Case Information Report Filed** |
| Comment: | **Case Information Report --Civil-Non Domestic** |

| | |
|---|---|
| File Date: | 04/25/2023 |
| Filed By: | |
| Document Name: | **Attorney Appearance - $10 Fee** |
| Comment: | **Plaintiff Attorney Appearance** |

| | |
|---|---|
| File Date: | 04/25/2023 |
| Filed By: | |
| Document Name: | **Summons Issued (Service Event)** |
| Comment: | |

| | |
|---|---|
| File Date: | 04/25/2023 |
| Filed By: | |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Writ of Summons** |

| | |
|---|---|
| File Date: | 04/25/2023 |
| Filed By: | |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Writ of Summons** |

| | |
|---|---|
| File Date: | 04/25/2023 |
| Filed By: | |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Writ of Summons** |

| | |
|---|---|
| File Date: | 04/25/2023 |
| Filed By: | |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Writ of Summons** |

| | |
|---|---|
| File Date: | 04/25/2023 |
| Filed By: | |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Writ of Summons** |

| | |
|---|---|
| File Date: | 05/04/2023 |
| Filed By: | |
| Document Name: | **Affidavit - Service** |
| Comment: | **Affidavit of Service on Chad A. Sholter** |

| | |
|---|---|
| File Date: | 05/04/2023 |
| Filed By: | |
| Document Name: | **Supporting Document** |
| Comment: | **Summons for Chad A. Sholter** |

| | |
|---|---|
| File Date: | 05/04/2023 |
| Filed By: | |
| Document Name: | **Affidavit - Service** |
| Comment: | **Affidavit of Service on Baltimore County, Maryland** |

| | |
|---|---|
| File Date: | 05/04/2023 |
| Filed By: | |

| | |
|---|---|
| Document Name: | Supporting Document |
| Comment: | Summons for Baltimore County |

| | |
|---|---|
| File Date: | 05/04/2023 |
| Filed By: | |
| Document Name: | Affidavit - Service |
| Comment: | Affidavit of Service on Baltimore County State's Attorney's Office |

| | |
|---|---|
| File Date: | 05/04/2023 |
| Filed By: | |
| Document Name: | Supporting Document |
| Comment: | Summons for the Office of the State's Attorney for Baltimore County |

| | |
|---|---|
| File Date: | 05/04/2023 |
| Filed By: | |
| Document Name: | Affidavit - Non-Service |
| Comment: | Affidavit of Non-Service on Nicholas Wolferman |

| | |
|---|---|
| File Date: | 05/04/2023 |
| Filed By: | |
| Document Name: | Supporting Document |
| Comment: | Summons for Nicolas Wolferman |

| | |
|---|---|
| File Date: | 05/23/2023 |
| Filed By: | |
| Document Name: | Motion for Alternative Service |
| Comment: | Motion for Alternative Service on Defendant Wolferman |

| | |
|---|---|
| File Date: | 05/23/2023 |
| Filed By: | |
| Document Name: | Supporting Document |
| Comment: | Supporting Document_ Affidavit of Non-Service _Def. Wolferman |

| | |
|---|---|
| File Date: | 05/23/2023 |
| Filed By: | |
| Document Name: | Affidavit - Service |
| Comment: | Affidavit of Service on State of Maryland |

| | |
|---|---|
| File Date: | 05/23/2023 |
| Filed By: | |
| Document Name: | Supporting Document |
| Comment: | Supporting Document-- Summons for State of Maryland |

| | |
|---|---|
| File Date: | 05/30/2023 |
| Filed By: | |
| Document Name: | Motion / Request - To Dismiss |
| Comment: | Motion to Dismiss of State's Attorney for Baltimore County and State of Maryland |

| | |
|---|---|
| File Date: | 05/30/2023 |
| Filed By: | |
| Document Name: | Memorandum |
| Comment: | Memorandum in Support of Motion to Dismiss |

| | |
|---|---|
| File Date: | 06/02/2023 |
| Filed By: | |
| Document Name: | Affidavit - Service |
| Comment: | Affidavit of Service on Baltimore County Resident Agent, Baltimore County, Maryland |

| | |
|---|---|
| File Date: | 06/02/2023 |
| Filed By: | |
| Document Name: | Supporting Document |
| Comment: | Supporting Document -- Summons |

| | |
|---|---|
| File Date: | 06/09/2023 |
| Filed By: | |
| Document Name: | Supporting Document |
| Comment: | Supplement to Motion for Alternate Service on Defendant Wolferman |

| | |
|---|---|
| File Date: | 06/09/2023 |
| Filed By: | |
| Document Name: | Supporting Exhibit |
| Comment: | Affidavit of Non-Service on Nicholas Wolferman dated 6.6.2023 |

| | |
|---|---|
| File Date: | 06/11/2023 |
| Filed By: | |
| Document Name: | Reply to Opposition |
| Comment: | Reply in Opposition to Defendant's Motion to Dismiss; Request for Hearing |

| | |
|---|---|
| File Date: | 06/11/2023 |
| Filed By: | |
| Document Name: | Memorandum |
| Comment: | Memorandum of Law |

| | |
|---|---|
| File Date: | 06/12/2023 |
| Filed By: | |
| Document Name: | Order - Motion/Request/Petition Denied |
| Comment: | Motion for Alternate Service and Affidavit Denied |

| | |
|---|---|
| File Date: | 06/12/2023 |
| Filed By: | |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | Order- Alternative Service |

| | |
|---|---|
| File Date: | 06/12/2023 |
| Filed By: | |
| Document Name: | Request to Re-Issue |
| Comment: | Request to Re-Issue Summons |

| | |
|---|---|
| File Date: | 06/12/2023 |
| Filed By: | |
| Document Name: | Summons Issued (Service Event) |
| Comment: | |

| | |
|---|---|
| File Date: | 06/12/2023 |
| Filed By: | |
| Document Name: | Writ /Summons/Pleading - Electronic Service |
| Comment: | Writ of Summons |

| | |
|---|---|
| File Date: | 06/18/2023 |
| Filed By: | |
| Document Name: | Affidavit - Service |
| Comment: | Affidavit of Service on Wolferman |

| | |
|---|---|
| File Date: | 06/18/2023 |
| Filed By: | |

| | |
|---|---|
| Document Name: | **Supporting Document** |
| Comment: | **Summons** |

| | |
|---|---|
| File Date: | **06/18/2023** |
| Filed By: | |
| Document Name: | **Supporting Document** |
| Comment: | **Green Card_ Signed by Defendant Wolferman** |

| | |
|---|---|
| File Date: | **06/18/2023** |
| Filed By: | |
| Document Name: | **Supporting Document** |
| Comment: | **USPS Tracking** |

| | |
|---|---|
| File Date: | **06/19/2023** |
| Filed By: | |
| Document Name: | **Motion - Default** |
| Comment: | **Motion for Order of Default against Defendant Chad A. Sholter** |

| | |
|---|---|
| File Date: | **06/19/2023** |
| Filed By: | |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit A_Filed Affidavit of Service on Chad A. Sholter** |

| | |
|---|---|
| File Date: | **06/19/2023** |
| Filed By: | |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit B_ Affidavit of Non-Military Service** |

| | |
|---|---|
| File Date: | **06/21/2023** |
| Filed By: | |
| Document Name: | **Order - Motion/Request/Petition Granted** |
| Comment: | **Order of Default- Chad A. Sholter** |

| | |
|---|---|
| File Date: | **06/21/2023** |
| Filed By: | |
| Document Name: | **Notice of Default Order Issued** |
| Comment: | |

| | |
|---|---|
| File Date: | **06/21/2023** |
| Filed By: | |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Order of default** |

| | |
|---|---|
| File Date: | **07/06/2023** |
| Filed By: | |
| Document Name: | **Hearing Notice Issued** |
| Comment: | **Motions Hearing Notice** |

| | |
|---|---|
| File Date: | **07/06/2023** |
| Filed By: | |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Hearing Notice** |

| | |
|---|---|
| File Date: | **07/06/2023** |
| Filed By: | |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Hearing Notice** |

Case 1:23-cv-01842-JKB   Document 1-2   Filed 07/10/23   Page 7 of 7   EXHIBIT B

**Service Information**

| Service Type | Issued Date | Service Status |
|---|---|---|
| Summons Issued | 04/25/2023 | |
| Summons Issued | 06/12/2023 | |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*